UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

___

CLARENCE ROSS,

        Plaintiff,                  Case No. 1:23-cv-527

v.                                        Honorable Ray Kent

R. ANTHONY,

        Defendant.
_____/

## JUDGMENT

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:  June 12, 2023                          /s/ Ray Kent
                                                                     Ray Kent
                                                                       United States Magistrate Judge